# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0920.  IN THE INTEREST OF R. W., a child.**

This appeal was docketed on December 11, 2017. On January 4, 2018, Appellant was granted an extension of time to file a brief and enumeration of errors until February 1, 2018. On January 29, 2018, Appellant filed a second motion for extension of time to file a brief, which was denied. As Appellant has failed to file a brief and enumeration of errors as required by Court of Appeals Rule 23 (a) within the time permitted by the order dated January 4, 2018, it is deemed that Appellant has abandoned this appeal, and the appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/14/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*